UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald Staeheli                              Civil No. 13-306 (PJS/FLN)
& Diane Staeheli,
          Plaintiffs,

         v.                                **REPORT & RECOMMENDATION**

Walt Disney Parks & Resorts U.S. Inc.
& Jane Doe,

          Defendants.
_____

Ronald Staeheli, pro se.
Paul B. Klaas & Nicole M. Oelrich for Defendant Walt Disney Parks & Resorts.
_____

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 3, 2013 on the defendant's motion to dismiss for lack of personal jurisdiction (ECF No. 10). At the hearing, the plaintiff made an oral motion to conduct jurisdictional discovery. The Court has granted that motion. In light of the foregoing, and for the reasons stated in the Court's order granting the plaintiff's motion for jurisdictional discovery, it is **HEREBY RECOMMENDED** that the Court **DENY without prejudice** the defendant's motion to dismiss (ECF No. 10) while the parties engage in limited discovery.

DATED: May 23 , 2013                            *s/ Franklin L. Noel*
                                                                    FRANKLIN L. NOEL
                                                                    United States Magistrate Judge

Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, on or before **June 6, 2013**, written objections which specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under the rules shall be limited to 3500 words. A judge shall make a de novo determination of those portions to which objection is made.

Unless the parties are prepared to stipulate that the District Court is not required by 28 U.S.C. § 636

to review a transcript of the hearing in order to resolve all objections made to this Report and Recommendation, the party making the objections shall timely order and cause to be filed by **June 6, 2013,** a complete transcript of the hearing.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is, therefore, not appealable to the Circuit Court of Appeals.