UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronald Staeheli and Diane Staeheli, | Civil 13-306 PJS/FLN |
| Plaintiffs, | |
| v. | O R D E R |
| Walt Disney Parks & Resorts US, Inc., and Jane Doe, | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 23, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss (ECF No. 10) is DENIED without prejudice while the parties engage in limited discovery.

DATED: 06/07, 2013.   s/Patrick J. Schiltz
at Minneapolis, Minnesota    JUDGE PATRICK J. SCHILTZ
   United States District Court